## Commonwealth *v.* Di Silvestro, Appellant (No. 2).

Argued April 18, 1906.    Appeal, No. 254, Oct. T., 1905, by defendant, from judgment of Q. S. Phila. Co., Oct. T., 1905, No. 410, on verdict of guilty in case of Commonwealth v. Joseph Di Silvestro.    Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ.    Affirmed.

OPINION BY ORLADY, J., October 5, 1906 :
For reasons given in an opinion filed herewith in Commonwealth v. Giovanni Di Silvestro and Joseph Di Silvestro, ante, p. 537, the assignments of error are overruled and the judgment affirmed, the record to be remitted to the court below that the sentence of the court may be carried into effect.

